JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANGENEH DAVOUDI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. CV 16-03129 PA (JPRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

1  IT IS SO ORDERED that pursuant to the separately filed Stipulation for
2  Compromise Settlement, this action is hereby dismissed with prejudice. Each
3  party to bear its own costs and fees.

4

5  DATED: February 13, 2017

_____
UNITED STATES DISTRICT JUDGE

6

7

8  PRESENTED BY:

9  AROUSTAMIAN & ASSOCIATES

10

11  ____See Attached Page____
ARA AROUSTAMIAN
12  Attorneys for Plaintiff

13

14
EILEEN M. DECKER
15  United States Attorney
DOROTHY A. SCHOUTEN
16  Assistant United States Attorney
Chief, Civil Division
17  ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
18  Chief, General Civil Section

19  /s/ Jason K. Axe
JASON K. AXE
20  Assistant United States Attorney
Attorneys for Defendant
21  United States of America

22

23

24

25

26

27

28